No. 79–45. LEWIS, COMPTROLLER OF FLORIDA *v.* BT INVESTMENT MANAGERS, INC., ET AL. D. C. N. D. Fla. [Probable jurisdiction noted, 444 U. S. 822.] Motion of appellees for leave to file a supplemental brief after argument granted.

No. 79–770. ENVIRONMENTAL PROTECTION AGENCY *v.* NATIONAL CRUSHED STONE ASSN. ET AL.; and COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CONSOLIDATION COAL CO. ET AL. C. A. 4th Cir. [Certiorari granted, 444 U. S. 1069.] Motion of the Solicitor General to dispense with printing appendix granted.

No. 79–870. UNITED STATES RAILROAD RETIREMENT BOARD *v.* FRITZ. D. C. S. D. Ind. [Probable jurisdiction noted, 444 U. S. 1069.] Motion of the Solicitor General to dispense with printing appendix granted.

No. A–887 (79–1637). J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. Application for stay of judgment of the United States Court of Appeals for the Fourth Circuit, presented to MR. CHIEF JUSTICE BURGER, and by him referred to the Court, denied.

No. 79–5515. BROWN *v.* MITCHELL, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Motion to schedule the petition for writ of certiorari for consideration denied.

No. 79–5780. WEAVER *v.* GRAHAM, GOVERNOR OF FLORIDA. Sup. Ct. Fla. [Certiorari granted, 445 U. S. 927.] Motion of petitioner for appointment of counsel granted, and it is ordered that Thomas C. MacDonald, Jr., Esquire, of Tampa, Fla., be appointed to serve as counsel for petitioner in this case.

No. 79–1397. INTERNATIONAL BUSINESS MACHINES CORP. *v.* GREYHOUND COMPUTER CORP. Motion for leave to file a petition for writ of certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.